UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES, | Case No.: 23CR0778-W |
|---|---|
| Plaintiff, | ORDER GRANTING JOINT MOTION TO CONTINUE |
| v. | |
| AUTUMN RUNYAN-DAVIS, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Motion Setting hearing currently scheduled for May 8, 2023 is vacated and a Motion Hearing is set for June 12, 2023 at 9:00 a.m.

**IT IS FURTHER ORDERED** that time is excluded under 18 U.S.C. sections 3161(h)(1)(G), in the interests of justice, and 3161(h)(7)(A), to allow the defense reasonable time to prepare.

**IT IS SO ORDERED.**

Date: 5/3/23

HON. THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE